IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:20-CR-00174 |
| | ) | |
| v. | ) | INFORMATION |
| | ) | |
| OSMAN RASHID JAMA, | ) | T. 18 U.S.C. § 1343 |
| | ) | T. 18 U.S.C. § 1349 |
| Defendant. | ) | |
| | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**INTRODUCTORY ALLEGATIONS**

At times material to this Indictment:

1.    The Supplemental Nutritional Assistance Program (SNAP) and Women Infant and Children (WIC) were federal programs that provided nutrition benefits and assistance to eligible low-income individuals and families. SNAP and WIC were administered and funded at the federal level by the Food and Nutrition Services Agency (FNS) of the United States Department of Agriculture. Within Iowa, the Iowa Department of Public Health (IDPH) served as the administering agency for the WIC program, and the State of Iowa Department of Human Services administered the SNAP program.

2.    SNAP and WIC benefits were designed to be used by beneficiaries at participating SNAP and WIC retailers to purchase eligible food items, such as breads and cereals, fruits and vegetables, meats, fish and poultry, and dairy products. SNAP and WIC benefits could not be used to purchase alcohol, cigarettes or tobacco, pet

1

foods, soap or paper products, or household supplies. SNAP and WIC benefits could not be exchanged or redeemed for cash.

3.     Authorized retailers were required to comply with SNAP and WIC regulations that precluded, among other things, trading SNAP or WIC benefits for cash, and purchasing non-food items and ineligible food items with SNAP or WIC benefits.

4.     When authorized to participate in SNAP or WIC, retail food stores received a "point of sale" device (POS) to be able to redeem WIC or SNAP benefits.

5.     Recipients of SNAP or WIC benefits received Electronic Benefits Transfer (EBT) cards along with personal identification numbers (PINs) from the SNAP or WIC program that they used to make food purchases from participating merchants.

6.     The purchase of eligible food items using SNAP or WIC benefits was accomplished in the following manner:

    a. The recipient selected authorized food items at a SNAP or WIC-approved store and presented them for purchase.

    b. The recipient's EBT card was scanned by the POS terminal that read the magnetic strip on the EBT card containing the basic electronic information necessary to make the purchase.

    c. The SNAP or WIC recipient then entered their PIN into the POS terminal.

d. The POS terminal then communicated electronically with the central database computers and servers located outside the State of Iowa, that maintained recipient account balance information. The central database verified the amount of benefits available.

e. The central database computer then sent information to the POS terminal, by wire, that the purchase was authorized or denied based upon the available benefits.

f. If authorized, the central database deducted the purchase amount from the recipient's account.

g. For both SNAP and WIC, the central database calculated cumulative SNAP and/or WIC sales for each vendor on a daily basis and initiated wire transfers from the United States Treasury to the participating store's designated bank account to pay the store for the SNAP or WIC purchases made that day.

7.      Defendant OSMAN RASHID JAMA owned and operated MidCity Halal Food Market Inc., d/b/a International Food Market (International) located in Des Moines, Iowa, a participating SNAP and WIC retailer. Defendant OSMAN RASHID JAMA, and others working at his direction, conducted transactions with customers using SNAP and WIC benefits.

## COUNT 1
### (Conspiracy to Commit Wire Fraud)

### The Scheme to Defraud

8.     The allegations set forth in paragraphs one through seven of this Information are incorporated by reference, as if set forth in full herein.

9.     From at least in or about January 2017, and continuing through at least on or about April 18, 2019, in the Southern District of Iowa, the defendant, OSMAN RASHID JAMA, and others, both known and unknown, conspired and agreed to knowingly devise and execute a scheme to defraud the USDA, and to obtain money from the USDA, by means of materially false and fraudulent pretenses, representations, and promises.

10.     It was part of the scheme that customers who were recipients of SNAP and WIC benefits shopped at International.

11.     It was further part of the scheme that OSMAN RASHID JAMA, and others working with him and at his direction, scanned the bar codes of WIC and SNAP eligible and approved products, scanned the recipients' EBT cards for those items, and then allowed the customers to leave with items that were not WIC or SNAP eligible items and were not the items whose bar codes were scanned. OSMAN RASHID JAMA and his employees therefore charged the WIC and SNAP programs for items the recipients did not in fact purchase.

12.     It was further part of the scheme that OSMAN RASHID JAMA, and others working with him and at his direction, scanned the bar codes of WIC and SNAP eligible and approved products, scanned the recipients' EBT cards for those items,

4

and then gave the recipients' cash in return. OSMAN RASHID JAMA and his employees therefore charged the WIC and SNAP programs for items the recipients did not in fact purchase.

13.    It was further part of the scheme that OSMAN RASHID JAMA, and others working with him and at his direction, often charged the WIC and SNAP programs for a higher value of items than the recipient received in cash or non-eligible items. This caused the WIC and SNAP program to transfer, by wire, a higher value of WIC and SNAP sales to International's bank account to pay for the false and fraudulent purchases, than the recipient received in cash or other store items.

14.    It was further part of the scheme that OSMAN RASHID JAMA transferred the SNAP and WIC proceeds he received as a result of the scheme into bank accounts he controlled.

15.    It was further part of the scheme that OSMAN RASHID JAMA transferred the SNAP and WIC proceeds he received as a result of the scheme into real property, including the purchase of 1724 63rd Street, Windsor Heights, Iowa; 1219 15th Street, Des Moines, Iowa, 50314; and 6423 Northwest Drive, Windsor Heights, IA 50324.

<u>The Execution of the Scheme to Defraud</u>

16.    For purposes of executing the scheme, the defendant, OSMAN RASHID JAMA, and others, both known and unknown, transmitted, and caused to be transmitted in interstate commerce, certain writings, signs, signals and sounds. Each

of the fraudulent transactions required the electronic transmission of data between the state of Iowa and another state.

This is a violation of Title 18, United States Code, Sections 1343 and 1349.

Richard D. Westphal
Acting United States Attorney

By: _____

Virginia M. Bruner
Assistant United States Attorney